No. 21-504

_____

**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

_____

*IN RE JACOBS ENGINEERING GROUP, INC.,*
*PETITIONER.*

_____

**On Petition for Permission to Appeal an Order of the United States District Court for the Eastern District of Tennessee at Knoxville**
**Case No. 3:13-CV-00505; No. 3:13-CV-00666; No. 3:14-CV-00020; No. 3:15-CV-00017; No. 3:15-CV-00274; No. 3:15-CV-00420; No. 3:15-CV-00460; No. 3:15-CV-00462; No. 3:16-CV-00635; No. 3:16-CV-00636 (consolidated)**

_____

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF**
**PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. § 1292(b)**

_____

| | |
|---|---|
| Theodore J. Boutrous, Jr.* | Dwight E. Tarwater |
| Theane Evangelis | Catherine W. Anglin |
| Peter S. Modlin | PAINE TARWATER BICKERS, LLP |
| Diana M. Feinstein | 900 S. Gay St., Suite 2200 |
| Jeremy S. Smith | Knoxville, Tennessee 37902-1821 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone: (865) 525-0880 |
| 333 South Grand Ave. | Facsimile: (865) 229-7441 |
| Los Angeles, California 90071-3197 | |
| Telephone: (213) 229-7000 | James F. Sanders |
| Facsimile: (213) 229-7520 | J. Isaac Sanders |
| | William J. Harbison II |
| | NEAL & HARWELL, PC |
| | 1201 Demonbreun St., Suite 1000 |
| | Nashville, Tennessee 37203-5078 |
| | Telephone: (615) 244-1713 |
| | Facsimile: (615) 726-0573 |

*Counsel for Jacobs Engineering Group Inc.*

**MOTION FOR LEAVE TO FILE REPLY**

Jacobs' Petition for Permission to Appeal Under 28 U.S.C. § 1292(b) asks this Court to resolve uncertainty regarding the important issue of the proper legal test for government contractor derivative immunity and how it applies in cases involving the Tennessee Valley Authority (TVA). As Jacobs explained, that uncertainty is, in part, a result of the Supreme Court's recent holding in *Thacker v. Tennessee Valley Authority*, which overruled longstanding Sixth Circuit precedent pointing to the discretionary-function exception as defining the scope of TVA's (and thus Jacobs') immunity. 139 S. Ct. 1435, 1444 (2019) (formulating an entirely new two-part test to assess whether TVA is immune).

The district court recognized that its view on whether Jacobs is immune for its role in the Kingston cleanup was a "close call," Memo. Op. & Order, RE 759, PageID # 23115 n.14—on an issue that has been central to the *Adkisson* litigation since almost its 2013 inception, *see* Mot. to Dismiss, RE 10, PageID # 50 (explaining in 2013 that Jacobs "is entitled to share in [TVA's] immunity"). As a result, the district court *sua sponte* found that the "extraordinary measure of certification for interlocutory appeal" was warranted. Memo. Op. & Order, RE 759, PageID # 23120. That is certainly the case.

Plaintiffs' Answer (document 10) demonstrates that substantial ground for disagreement on the governing test for government contractor derivative immunity exists between the standard identified by the Supreme Court in *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153 (2016), and recognized by the Fourth and D.C. Circuits on the one hand, and the district court's amorphous "contrary to the will of the government" standard on the other. Plaintiffs' Answer also fails to dispute that the district court's order involves controlling legal questions, and misstates the impact that an immediate appeal would have on the termination of this nearly decade-old litigation. Moreover, Plaintiffs' primary arguments—that the district court should not have considered Jacobs' motion for reconsideration, and that Jacobs waived reliance on *Campbell-Ewald*—are contrary to both law and fact.

Granting Jacobs leave to file a short reply will clarify these issues and further demonstrate that this Court should take up this appeal now. Jacobs therefore submits the short attached reply brief for the Court's consideration.

Dated: April 19, 2021 Respectfully submitted,

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
Theane Evangelis
Peter S. Modlin
Diana M. Feinstein
Jeremy S. Smith
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: TBoutrous@gibsondunn.com

Dwight E. Tarwater
Catherine W. Anglin
PAINE TARWATER BICKERS, LLP
900 S. Gay St., Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 229-7441

James F. Sanders
J. Isaac Sanders
William J. Harbison II
NEAL & HARWELL, PC
1201 Demonbreun St., Suite 1000
Nashville, Tennessee 37203-5078
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

*Counsel for Jacobs Engineering Group Inc.*

3

**CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 378 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in New Century Schoolbook LT, size 14.

Dated:  April 19, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, the foregoing document was filed with the Clerk of Court.  Copies of the motion will be served via electronic mail upon the following:

Louis W. Ringger, III
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
Telephone:  (865) 247-0080
Email: billy@gregcolemanlaw.com
*Service by overnight mail as well*.

Gregory F. Coleman
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
Telephone:  (865) 247-0080
Email: greg@gregcolemanlaw.com
*Service by overnight mail as well*.

Adam A. Edwards
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
Telephone:  (865) 247-0080
Email: adam@gregcolemanlaw.com

Mark E. Silvey
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
Telephone:  (865) 247-0080
Email: mark@gregcolemanlaw.com

Justin G. Day
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
Telephone:  (865) 247-0080
Email: justin@gregcolemanlaw.com

William A. Ladnier
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
Telephone:  (865) 247-0080
Email: will@gregcolemanlaw.com

Gary A. Davis
DAVIS & WHITLOCK, PC
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone:  (828) 622-0044
Email:  gadavis@enviroattorney.com

James S. Whitlock
DAVIS & WHITLOCK, PC
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone:  (828) 622-0044
Email:  jwhitlock@enviroattorney.com

Jeff Friedman
FRIEDMAN, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Corporate Woods Drive
P.O. Box 43219
Birmingham, AL 35242
Telephone:  (205) 278-7000
Email:  jfriedman@friedmanleak.com

Keith D. Stewart
Stewart Dupree, PA
625 Market Street, 14th Floor
Knoxville, TN 37902
Telephone:  (865) 437-5081
Email:  keithdstewart@gmail.com

John B. Dupree
BRIDGEFRONT LAW GROUP, PLLC
616 W. Hill Avenue, 2nd Floor
Knoxville, TN 37902
Telephone:  (865) 223-5184
Email:  johnbdupree14@gmail.com

John Tyler Roper
THE ROPER LAW FIRM
625 Market Street
Knoxville, TN 37902
Telephone:  (865) 888-9995
Email:  TylerRoperlaw@gmail.com

James K. Scott
JAMES K. SCOTT ASSOC., P.A.
713 Market Street
Knoxville, TN 37902
Telephone:  (865) 254-8739
Email:  jimscott264@gmail.com

Counsel for Plaintiffs in Case No. 3:13-CV-505; No. 3:13-CV-00666; No. 3:14-CV-00020; No. 3:15-CV-00017; No. 3:15-CV-00274; No. 3:15-CV-00420; No. 3:15-CV-00460; No. 3:15-CV-00462; No. 3:16-CV-00635; No. 3:16-CV-00636 (consolidated).

    I further certify that a copy of the motion will be served via electronic mail

and overnight mail upon:

Hon. Thomas A. Varlan
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 143
Knoxville, Tennessee 37902
varlan_chambers@tned.uscourts.gov

Dated:  April 19, 2021                              Respectfully submitted,

                                                    /s/ *Daniel Rubin*
                                                    Daniel Rubin